# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**DEBRA D. LUCAS**
District Court Executive/Clerk of Court
Sandra Day O'Connor U.S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**MICHAEL O'BRIEN**
Chief Deputy Clerk
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**SHANNON SHOULDERS**
Chief Deputy Clerk
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118



Clerk of Court
Yavapai County Superior Court
120 South Cortez Street
Prescott, AZ 86303

August 10, 2021

**Attention: Civil Filing Counter**

Re:   REMAND TO YAVAPAI COUNTY SUPERIOR COURT

District Court Case Number:   CV-20-8264-PCT-JJT
Superior Court Case Number:   V1300CV202080202

```
✓ FILED        ___ LODGED
___ RECEIVED   ___ COPY

    AUG 1 9 2021

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Dear Clerk:

Enclosed is a copy of the Order entered in this Court on August 10, 2021, remanding the above case to Yavapai County Superior Court for the State of Arizona.

Debra D. Lucas
District Court Executive/Clerk of Court

By:   W. Poth
      Case Administration Specialist

**PLEASE ACKNOWLEDGE RECEIPT OF THIS DOCUMENT AND RETURN IN THE ENVELOPE PROVIDED**

Received By: _B. Chamberlin_   Dated: _AUG 1 7 2021_